JOHN W. HUBER, United States Attorney (#7226)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG C. GARRICK, JR,<br><br>　　　　　　　　Defendant. | CASE NO: 2:20-cr-00312-DAK<br><br>MOTION FOR IMMEDIATE REVOCATION OF DEFENDANT'S PRETRIAL RELEASE AND DEMAND FOR HEARING WITHIN 7 DAYS<br><br>District Court Judge Dale Kimball<br>Magistrate Judge Daphne Oberg |

Pursuant to 18 U.S.C. § 3148(b), the United States moves this Court to revoke the pretrial release of defendant CRAIG C. GARRICK, JR.

On October 5, 2020 defendant Garrick entered a guilty plea before Judge Daphne Oberg.  The United States did not seek detention, but the Court ordered the following special condition #9: "No contact with investors in any capacity."

The United States alleges the following pretrial release violations:

**Allegation No. 1**: On or about November 13, 2020, the defendant violated the Court's pretrial release order and contacted victim and investor C.D. via email seeking to mitigate the nature of defendant Garrick's crimes.  *See* Exhibit 01.

Defendant Garrick's knowledge that C.D. is a victim and investor is established through the content of his email, as well as Count 1 of the Felony Information, which defendant Garrick acknowledged understanding on September 29, 2020 during his initial appearance.  Additionally,

defendant Garrick's knowledge that C.D. is a victim and investor is established by the Statement in Advance of Plea wherein he specifically admits to defrauding C.D. *See* Statement in Advance of Plea, factual resume at paragraph 11(d), ECF docket number 15.

The United States asks that defendant Garrick's release be immediately revoked and that the Court hold a hearing within no later than 7 days. The United States affirms that there is clear and convincing evidence that the defendant has violated these simple and undemanding release conditions, and he is therefore unlikely to abide any condition or combination of conditions of release imposed by the Court. 18 U.S.C. § 3148(b)(1)(B) and (2)(B).

DATED this 17th day of November, 2020.

JOHN W. HUBER
UNITED STATES ATTORNEY

*/s/ Jacob J. Strain*
JACOB J. STRAIN
Assistant United States Attorney

2